Submitting Counsel are directed to serve this order upon all other parties in this action

TO /

BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Email: Rebecca_Silbert@fd.org
Counsel for Defendant JONES



FILED

JUL 17 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 03-0220 SI |
|---|---|---|
| Plaintiff, | ) | STIPULATION REGARDING SENTENCE REDUCTION UNDER U.S.S.G. AMENDMENT 706 (AS AMENDED BY 711) |
| vs. | ) | |
| DONALD JONES, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Mr. Jones has made a motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 26

   Criminal History Category: VI

   Guideline Range: 125-150

   Mandatory Minimum: 60 months

3. Defendant was sentenced to 92 months imprisonment on November 17, 2005.

Stip and Proposed Order Reduction Sentence          1

1. 4.  Defendant's current projected release date is August 1, 2010.
2. 5.  Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §
3. 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission
4. Guidelines Manual.
5. 6.  Defendant's revised guideline calculation is as follows:
6. Total Offense Level:  24
7. Criminal History Category:  VI
8. Guideline Range:  100-125
9. 7.  The parties have no reason to dispute the Reduction of Sentence Report submitted to the
10. Court by the probation office.
11. 8.  Based upon the foregoing, and because the Court already departed from the guidelines at
12. Mr. Jones' November 17, 2005 sentencing, the parties hereby stipulate that a sentence of
13. 84 months is appropriate in this matter.
14. 9.  The parties further stipulate that all other aspects of the original judgment order including
15. the length of term of supervised release, all conditions of supervision, fines, restitution,
16. and special assessment remain as previously imposed.
17. 10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant
18. to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220
19. (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472
20. F.3d 1167 (9th Cir. 2007).
21. 11. Defendant waives his right to appeal the district court's sentence.
22. 12. Accordingly, the parties agree and stipulate that an amended judgement may be entered
23. by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and
24. USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission*
25. *Guidelines Manual.*
26.

Stip and Proposed Order Reduction Sentence            2

1  IT IS SO STIPULATED:

2                                                    /S/

3  Date: July 15, 2008
                                              Rebecca Sullivan Silbert
4                                             Counsel for Donald Jones

5
                                                     /S/
6  Date: July 15, 2008
                                              Susan Jerich
7                                             Assistant United States Attorney

8

9

10                                  **ORDER**

11

12     Based on the above stipulation, the Court hereby ORDERS the following:

13  1.  **The original Judgment in the above-captioned case is AMENDED to impose a term**

14      **of imprisonment of 84 months.** All other aspects of the original judgment, including the

15      length of term of supervised release, all conditions of supervision, fines, restitution, and

16      special assessment remain as previously imposed.

17  2.  Defendant's original guideline calculation was as follows:

18      Total Offense Level:  26

19      Criminal History Category:   VI

20      Guideline Range:     120-150

21      Mandatory Minimum: 60 months

22      Sentence Imposed:    92 months

23  3.  Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

24  3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission

25  Guidelines Manual;

26  4.  Defendant's revised guideline calculation is as follows:

Stip and Proposed Order Reduction Sentence          3

1 | Total Offense Level: 24
2 | Criminal History Category: VI
3 | Guideline Range: 100-125
4 | 5. Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,
5 | 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v.*
6 | *United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir.
7 | 2007).
8 | 6. Defendant has waived his right to appeal the sentenced imposed by this Order.

Date: 7/16/08

Honorable Susan Illston
Judge, United States District Court

**Other Documents**
3:03-cr-00220-SI USA v. Jones **CASE CLOSED on 03/12/2004**
CLOSED, ICMS, REFDIS

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Silbert, Rebecca entered on 7/15/2008 3:13 PM and filed on 7/15/2008
**Case Name:**        USA v. Jones
**Case Number:**      3:03-cr-220
**Filer:**            Dft No. 1 - Donald D. Jones
**Document Number:** 108

**Docket Text:**
**STIPULATION** *Regarding Sentence Reduction Under U.S.S.G. Amendment 706 (As Amended by 711)* **by Donald D. Jones (Silbert, Rebecca) (Filed on 7/15/2008)**


**3:03-cr-220-1 Notice has been electronically mailed to:**

Anthony John Brass    Tony@brasslawoffice.com, Kathy@brasslawoffice.com

Thomas Philip Mazzucco    tom.mazzucco@usdoj.gov

Rebecca Sullivan Silbert    Rebecca_Silbert@fd.org, canok_ecf@fd.org, rocio_pizano@fd.org

**3:03-cr-220-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Q:\Jones, Donald\Jones Stip.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/15/2008] [FileNumber=4533158-0]

[25177e36a83efb18211ff579cc8b424776696562ffa4aacc95e939a2973:'f496d8238
49b5075be52f95062a42e32e18bd5d0c4951e3a1b42826994869b68003]]