# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DONALD JONES ) | Case No: CR-03-0220 SI |
| ) | USM No: 93146011 |
| Date of Previous Judgment: _____ ) | Rebecca Silbert |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion or Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion; or **X** Upon stipulation of the parties,

**IT IS ORDERED** that motion is:
   ☐ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**IT IS ORDERED** that the stipulation is ☐DISAPPROVED. ☒ APPROVED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __92__ months **is reduced to** __84 mos.__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 (**PER 11/28/05 JUDGMENT**) | Amended Offense Level: | 24 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 120 to 150 months | Amended Guideline Range: | 100 to 125 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __11/17/05__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  8/12/08

*Susan Illston* (signature)
Judge's signature

Effective Date: _____
(if different from order date)

United States District Judge
Printed name and title